UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ROCHE DIAGNOSTICS CORPORATION, | ) ) ) | CASE NO.: 4:25-cv-00880-BMB |
| Plaintiff, | ) ) ) | JUDGE BRIDGET MEEHAN BRENNAN |
| -VS- | ) ) ) | |
| INSIGHT FOUNDATION OF TRUMBULL, | ) ) ) | |
| Defendant. | ) | |

## MOTION FOR LEAVE TO PLEAD

Defendant, by and through undersigned counsel, hereby requests thirty (30) days, up to and including June 23, 2025, to answer, move, or otherwise respond to the Complaint filed by Roche Diagnostics Corporation.  This Motion is not being made for purposes of delay.

The requested extension is supported by good cause.  Counsel only received the Complaint today and needs time to review.  Counsel attempted to contact Plaintiff's counsel to seek approval for this extension but as of the time of this filing has not heard back.

WHEREFORE, for the foregoing reason, Defendant respectfully requests an extension of time, through and including June 23, 2025, within which to answer, move, or otherwise respond to the Complaint in this matter.

Respectfully submitted,

*/s/ Alex J. McCallion*
Alex J. McCallion (#0086773)
BRENNAN MANNA & DIAMOND, LLC
4518 Fulton Drive, Suite 202
Canton, Ohio  44718
Phone/Fax: (330) 374-7473
E-Mail:  ajmccallion@bmdllc.com

*Counsel for Defendants, Insight Foundation of Trumbull*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 23rd day of May, 2025, a true copy of the foregoing was filed. Notice of this filing will be sent to all parties via the Court's electronic filing system.

                                       */s/ Alex J. McCallion*
                                       Alex J. McCallion (#0086773)

                                       *Counsel for Defendants, Insight Foundation of Trumbull*

4938-9356-0390, v. 1