UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

MINUTES OF PROCEEDINGS AND ORDER

| | |
|---|---|
| ROCHE DIAGNOSTICS CORPORATION, | CASE NO. 4:25-cv-880 |
| Plaintiff, | |
| vs. | MAGISTRATE JUDGE JAMES E. GRIMES JR. |
| INSIGHT FOUNDATION OF TRUMBULL, | |
| Defendant. | |

PROCEEDINGS:

Today, January 6, 2026, at 2:00 p.m., the Court conducted a status conference. Present were attorney Maria J. Cho, counsel for Plaintiff, and attorney Zachary S. Mottice, counsel for Defendant. The Court and the parties discussed the parties' progress in the Early Neutral Evaluation ("ENE") process and upcoming case deadlines.

Counsel expressed that they reached an impasse in the ENE process and are no longer certain that they will be able to reach a resolution or continue with mediation. The Court advised that the fact discovery deadline has passed and that, absent a motion requesting an extension, the deadline for summary judgment motions is January 30, 2026. Given the uncertainty expressed by counsel for both parties, the Court orders that counsel file a joint status report by

January 12, 2026, explaining the status of settlement discussions and their proposed steps, if any, to continue this litigation.

    IT IS SO ORDERED.

Total Time: 10 minutes
Dated: January 6, 2026

                                      */s/ James E. Grimes Jr.*
                                      James E. Grimes Jr.
                                      U.S. Magistrate Judge