# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ROCHE DIAGNOSTICS CORPORATION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>INSIGHT FOUNDATION OF TRUMBULL,<br><br>　　　　Defendant. | Case No. 4:25-cv-00880-JEG<br><br>Magistrate Judge James E. Grimes Jr. |

## JOINT STATUS REPORT

Plaintiff Roche Diagnostics Corporation and Defendant Insight Foundation of Trumbull (together, the "Parties"), by and through their undersigned counsel, hereby submit this joint status report in response to this Court's order, entered on January 6, 2026 [Docket No. 31] (the "Order").  The Parties respectfully submit as follows:

　　　　1.　　Following the January 6, 2026, status conference, this Court entered the Order, ordering that counsel file a joint status report explaining the status of settlement discussions and their proposed steps, if any, to continue litigation.

　　　　2.　　The Parties confirm that settlement discussions are ongoing.

　　　　3.　　If the Parties are unable to reach a consensual resolution, the Parties will continue litigation pursuant to the schedule set by the *Case Management*

DMS_US.375341854.1

*Conference Plan* [Docket No. 18] (*i.e.*, dispositive motions will be filed by January 30, 2026).

Dated: January 12, 2026

Respectfully submitted,

 /s/ *Maria J. Cho* 
Maria J. Cho (*pro hac vice*)
Faegre Drinker Biddle & Reath LLP
1800 Century Park East, Suite 1500
Los Angeles, CA 90067
Tel: (310) 203-4000
Fax: (310) 229-1285
maria.cho@faegredrinker.com

Paul A. Wolfla (Ohio Bar No. 0069801)
Faegre Drinker Biddle & Reath LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Tel:  (317) 237-0300
Fax:  (317) 237-1000
paul.wolfla@faegredrinker.com

*Attorney for Plaintiff Roche Diagnostics Corporation*

Dated: January 12, 2026

 /s/ *Zachary S. Mottice* 
Zachary S. Mottice
Brennan, Manna & Diamond
4518 Fulton Road NW, Suite 202,
Canton, OH 44718
Tel: (330) 253-5060
zsmottice@bmdllc.com

*Attorney for Defendant Insight Foundation of Trumbull*