# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ROCHE DIAGNOSTICS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>INSIGHT FOUNDATION OF TRUMBULL,<br><br>Defendant. | Case No. 4:25-cv-00880-JEG<br><br>Magistrate Judge James E. Grimes Jr. |

## PLAINTIFF'S STATEMENT OF FACTS[1]

1. Roche Diagnostics Corporation ("Roche" or "Plaintiff") is a biotech company that develops and produces medical tests and digital tools that provide information to help healthcare professionals find the right treatment for patients.

2. Steward Health Care System LLC and certain affiliates ("Steward") are debtors in chapter 11 bankruptcy cases styled *In re Steward Health Care System, LLC, et al.* (Case No. 24-90213 (CML)) (the "Bankruptcy Cases") in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court").

---

[1] Plaintiff's counsel attempted to confer with Defendant's counsel via email on January 27, January 29, and today, January 30, and via phone today regarding a joint stipulation of facts and did not receive a response and was informed via automated message that Defendant's counsel's mailbox is full.

3. Prior to the filing of the Bankruptcy Cases, on or about October 19, 2021, Roche and Steward entered into that certain Roche Diagnostics Agreement for Roche Tissue Diagnostics Products #1006020 (the "Agreement"), which provided for the sale of Roche's products and the provision of services to Steward's hospital facilities, including Trumbull Regional Medical Center ("Trumbull").

4. Pursuant to an order entered by the Bankruptcy Court in the Bankruptcy Cases, Steward was authorized to enter into interim management arrangements with, *inter alios*, Insight Foundation of Trumbull ("Defendant"), and Insight was designated the Interim Manager of Trumbull.

5. In a letter dated September 30, 2024, Insight Management and Consulting Services, Inc., an affiliate of Defendant (and together with Defendant, "Insight"), notified Roche that, pursuant to an order entered in the Bankruptcy Cases, Insight is the interim operator at Steward's facilities at certain hospitals, including Trumbull. A true and accurate copy of Insight's September 30, 2024, letter is attached hereto as **Exhibit A**.

6. In that same letter, Insight confirmed that, as of September 11, 2024, all expenses incurred by Insight will be the financial responsibility of Insight.

7. After Insight became the Interim Manager of Trumbull, Trumbull continued to place orders for Roche's products and/or services, and Roche memorialized Trumbull's orders with invoices that it delivered to Trumbull. The payment terms on each invoice are net 30. The 30-day payment period for all

invoices expired before Roche filed this action.  True and accurate copies of Roche's unpaid invoices are attached hereto as **Exhibit B**.

8.  In a letter dated October 16, 2024, Roche agreed to keep the current pricing for its products (*i.e.*, the pricing set forth in the Agreement in place for a ninety-day period ending on January 1, 2025).  A true and accurate copy of Roche's October 16, 2024, letter is attached hereto as **Exhibit C**.

9.  On all invoices issued to Trumbull on or after September 11, 2024, Roche's pricing (as and where applicable) was consistent with the pricing in the Agreement.

10.  Roche delivered all of the products ordered by Trumbull.  True and accurate copies of the proofs of delivery for each order are attached hereto as **Exhibit D**.

11.  Trumbull accepted all of the Roche products that Trumbull ordered and received.

12.  Trumbull has not paid Roche for the products or services for which Trumbull received invoices.

DMS_US.373402065.2

Dated: January 30, 2026		Respectfully submitted,


		<u>s/ Maria J. Cho</u>
		Maria J. Cho (*pro hac vice*)
		Faegre Drinker Biddle & Reath LLP
		1800 Century Park East, Suite 1500
		Los Angeles, CA 90067
		Tel: (310) 203-4000
		Fax: (310) 229-1285
		maria.cho@faegredrinker.com


		Paul A. Wolfla (Ohio Bar No. 0069801)
		Faegre Drinker Biddle & Reath LLP
		300 N. Meridian Street, Suite 2500
		Indianapolis, IN 46204
		Tel:  (317) 237-0300
		Fax:  (317) 237-1000
		paul.wolfla@faegredrinker.com


		*Attorneys for Plaintiff Roche*
		*Diagnostics Corporation*