# Exhibit A

# September 30, 2024, Letter



                                            **4800 S. Saginaw St.**
                                                  **Flint, MI 48507**

September 30, 2024

**Re:    Order for Interim Operations**

To Whom It May Concern:

       Pursuant to the order entered on September 11, 2024 in the United States Bankruptcy Court Southern District of Texas, Insight Management and Consulting Services, Inc. ("Insight") has becomes the interim operator at Steward Health Care System, LLC's ("Steward") facilities at Trumbull Regional Hospital and Hillside Rehabilitation Hospital (the "Hospitals").

       As of September 11, 2024, all expenses incurred by the Hospitals will be the responsibility of Insight. All previous due amounts and outstanding invoices, including any penalties or interest stemming from those amounts, remain the responsibility of Steward.

       Insight is working with Steward to transfer the hospital operations to Insight Foundation of Trumbull and Insight Foundation of Hillside. Our leadership will let you know when the transfer is complete. We anticipate this change to happen in October of 2024.

       If you have any questions, please let me know at baseer.tajuddin@iinn.com or at 312-567-2641. Otherwise, our team will be in touch regarding setting up our account.

Very Truly Yours,

*Baseer Tajuddin*

Baseer Tajuddin
General Counsel
Insight Management and Consulting Services, Inc.